IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CASE NO. 8:02CR338 |
| ） | |
| Plaintiff,  ） | |
| ） | |
| vs.  ） | ORDER |
| ） | |
| RENE QUEZADA,  ） | |
| ） | |
| Defendant.  ） | |

This matter is before the Court on the Defendant's motions for sentencing adjustment (Filing No. 66) and to appoint counsel (Filing No. 67).

On June 26, 2003, the Defendant was sentenced by the Honorable Thomas M. Shanahan to 135 months on Count I of the Indictment and to a consecutive term of 5 years on Count III. (Filing No. 61.) The Defendant did not file a direct appeal or a motion for relief under 28 U.S.C. § 2255. On June 26, 2008, he filed his motion for sentencing adjustment. The motion is not properly before the Court and is denied.

IT IS ORDERED:

1. The Defendant's motion for sentencing adjustment (Filing No. 66) is denied;

2. The Defendant's motion to appoint counsel (Filing No. 67) is denied; and

3. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 2nd day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge